```
In re:                                                    Case No. 17-08681-RSM
MARTHA PARALEE BROWN                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0650-1        User: rmw1222        Page 1 of 2        Date Rcvd: Jan 15, 2019
                           Form ID: pdf006       Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2019.

```
db          +MARTHA PARALEE BROWN,   2933 Sowell Mill Pk,   Columbia, TN 38401-7818
cr          +Harpeth Financial Services, LLC,   c/o The Hill Firm, PLLC,   PO Box 150529,
             Nashville, TN 37215-0529
cr          +Kittrells Kars of Columbia,   301 N. Garden Street,   Columbia, TN 38401-2904
6537504     +Cash Express,   121A Nashville Highway,   Columbia TN 38401-2428
6547701     +Cash Express, LLC,   345 South Jefferson Avenue, Suite 300,   Cookeville, TN 38501-3456
6537505     +Check Into Cash,   1904 Shadybrook St,   Columbia TN 38401-1907
6537509     +Equifax Information Services LLC (1),   P O Box 740256,   Atlanta GA 30374-0256
6537510     +Experian (2),   P O Box 4500,   Allen TX 75013-1311
6537511     +Fox Collection Services, LLC,   PO Box 528,   Goodlettsville TN 37070-0528
6537512     +Garbage Man,   PO Box 1752,   Columbia TN 38402-1752
6537513     +Harpeth Financial Services, LLC,   c/o The Hill Firm PLLC,   PO BOX 150391,
             Nashville TN 37215-0391
6537514     +Kittrells Kars of Columbia,   301 North Garden Street,   Columbia TN 38401-2904
6537515     +Maury County General Sessions Court,   Maury County Courthouse,   41 Public Square,
             Columbia TN 38401-3319
6595549     +Middle Tennessee State University,   c/oTN Atty General, Bankruptcy Div,   PO Box 20207,
             Nashville, Tennessee 37202-4015
6545714     +Nelnet obo Educational Credit Management Corp,   Educational Credit Management Corp,
             PO Box 16408,   St. Paul, MN 55116-0408
6537517     +Security Finance,   1907 Carmack Blvd. Suite E,   Columbia TN 38401-4163
6537518     +Speedee Cash,   304 S James Campbell Blvd,   Columbia TN 38401-4328
6537519      State of Tennessee,   Dept of Human Services,   400 Deadrick Street,   Nashville TN 37248-7400
6595550     +TN Dept. of Human Services,   c/o TN Atty. General, Bankruptcy Div.,   PO Box 20207,
             Nashville, TN 37202-4015
6537520     +TransUnion Consumer Solutions(3),   P O Box 2000,   Chester PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
6537502     +Fax: 864-336-7400 Jan 16 2019 02:43:05     Advance America,   1202 S James Campbell Blvd,
             Columbia TN 38401-5162
6540679     +Fax: 864-336-7400 Jan 16 2019 02:43:05     Advance America, Cash Advance Centers of TN, Inc.,
             135 N. Church Street,   Spartanburg, SC 29306-5138
6537503     +E-mail/Text: bankruptcy@af247.com Jan 16 2019 02:23:12     Advance Financial,
             1780 Mooresville Highway,   Lewisburg TN 37091-2008
6537506     +E-mail/Text: columbiaquickcash@gmail.com Jan 16 2019 02:21:51     Columbia Quick Cash,
             401 C S James Campbell Blvd,   Columbia TN 38401-4378
6537507     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2019 02:17:39     Credit One Bank Na,
             Po Box 98873,   Las Vegas NV 89193-8873
6537508     +E-mail/PDF: pa_dc_ed@navient.com Jan 16 2019 02:18:14     Dept Of Ed/Navient,
             Attn: Claims Dept,   P.O. Box 9635,   Wilkes Barr PA 18773-9635
6588672      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2019 02:18:17
             LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC and,
             FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
6584912      E-mail/PDF: pa_dc_claims@navient.com Jan 16 2019 02:17:57
             Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
             Wilkes-Barre, PA 18773-9635
6537516     +E-mail/Text: electronicbkydocs@nelnet.net Jan 16 2019 02:22:03     Nelnet Loans,
             Nelnet Claims,   Po Box 82505,   Lincoln NE 68501-2505
6540551     +E-mail/Text: bankruptcy.noticing@security-finance.com Jan 16 2019 02:21:20
             SFC Central Bankruptcy,   PO Box 1893,   Spartanburg, SC 29304-1893
6537521     +E-mail/PDF: bk@worldacceptance.com Jan 16 2019 02:29:36     World Finance,
             119 Nashville Hwy Ste 127,   Columbia TN 38401-2400
6561603     +E-mail/PDF: bk@worldacceptance.com Jan 16 2019 02:18:15
             World Finance Corp. c/o World Acceptance Corp.,   Attn: Bankruptcy Processing Center,
             PO Box 6429,   Greenville, SC 29606-6429
                                                                          TOTAL: 12
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +TN Dept. of Human Services,   c/o TN Atty. General, Bankruptcy Div.,   P.O. Box 20207,
             Nashville, TN 37202-4015
                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
          HENRY EDWARD HILDEBRAND, III    hhecf@ch13nsh.com
          J. ROBERT HARLAN    on behalf of Debtor MARTHA PARALEE BROWN bknotices@robertharlan.com,
           harlanecf@gmail.com;slocumkr47249@notify.bestcase.com
          JOANNA  C ROBERTS   on behalf of Creditor   TN Dept. of Human Services Joanna.Roberts@ag.tn.gov,
           agbankpaine@ag.tn.gov
          ROBERT JOSEPH HILL, II   on behalf of Creditor   Harpeth Financial Services, LLC
           hillfirmnotices@gmail.com
          TERI HASENOUR GORDON   on behalf of Creditor   Kittrells Kars of Columbia
           tgordonlaw@bellsouth.net,  teri@thgordonlaw.com
          US TRUSTEE   ustpregion08.na.ecf@usdoj.gov
                                                                              TOTAL: 6
```

Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 1/15/2019



KM

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

MARTHA PARALEE BROWN
2933 SOWELL MILL PK
COLUMBIA, TN 38401

Case No.17-08681-RM1-13

01/14/2019

SSN XXX-XX-6212

## ORDER DISMISSING CHAPTER 13 PETITION
## FOR NON-COMPLIANCE

Pursuant to the Chapter 13 petition and plan filed with this court , the debtor(s) was ordered to pay the Chapter 13 Trustee a specified portion of the future income through a payroll deduction or by a direct payment . There being no response to the Trustee's motion within the time prescribed by Local Rule 9013-1(a), the Trustee's motion is uncontested. It is therefore,

Ordered that the Chapter 13 petition is dismissed for failure of the debtor to abide by the orders of this court; It is further ,

Ordered that in the event the Trustee has not received funds sufficient to pay the required filing fee , and if that fee has not otherwise been paid, the debtor shall immediately transmit the amount to the clerk of the Bankruptcy Court . In no event shall the debtor fail to make this payment later than thirty (30) days from the date of this order .

APPROVED:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.